**EXHIBIT A**

**<u>PLEADINGS THAT ASSERT CAUSES OF ACTION AND OTHER FILINGS</u>**

1.      Plaintiffs' Complaint

2.      Certificate of Issuance of Summons and Summons Referenced Therein

3.      Allstate's Appearance

4.      Court Docket

**49D01-1807-PL-028866**

Marion Superior Court, Civil Division 1

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

VECTREN CORPORATION and )
SOUTHERN INDIANA GAS & )
ELECTRIC COMPANY, )
        )
      Plaintiffs, )
        )
   v. )
        )
ASSOCIATED ELECTRIC & GAS )
INSURANCE SERVICES LIMITED, and )
ALLSTATE INSURANCE COMPANY, )
as successor-in-interest to NORTHBROOK EXCESS )
AND SURPLUS INSURANCE COMPANY )
f/k/a NORTHBROOK INSURANCE COMPANY, )
        )
      Defendants. )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for Initiating Parties Vectren Corporation and Southern Indiana Gas & Electric Company.

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

       George M. Plews                    Attorney No.: 6274-49
       gplews@psrb.com

       Gregory M. Gotwald            Attorney No.: 24911-49
       ggotwald@psrb.com

       Steven A. Baldwin              Attorney No.: 34498-49
       sbaldwin@psrb.com

PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
(317) 637-0700
Fax (317) 637-0710

Jeffrey D. Claflin                           Attorney No.: 15136-49
jclaflin@psrb.com

PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, IN  46635
(574) 273-1010
Fax (574) 271-2050

3.      These attorneys will not accept service by fax.

4.      There are not now, nor have there been within the last twelve months, any pending
        related cases.

5.      This appearance form has been served on all parties and/or counsel.

6.      The attorneys listed herein have reviewed and discussed the **Commitment to Respect
        and Civility** with their clients and agree to aspire to its goals.


                                    _/s/ Jeffrey D. Claflin_____
                                    Attorneys for Plaintiffs Vectren Corporation and
                                    Southern Indiana Gas and Electric Company

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Steven A. Baldwin (Atty. No. 34498-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
(317) 637-0700

Jeffrey D. Claflin (Atty. No. 15136-49)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, IN 46635
(574) 273-1010

2

49D01-1807-PL-028866

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

VECTREN CORPORATION and SOUTHERN INDIANA GAS & ELECTRIC COMPANY,     )
                                                                      )
      Plaintiffs,                     )
                                                                      )
    v.                                           )
                                                                      )
ASSOCIATED ELECTRIC & GAS INSURANCE                                   )
SERVICES LIMITED, and                                                 )
ALLSTATE INSURANCE COMPANY,                                           )
as successor-in-interest to NORTHBROOK EXCESS AND                     )
SURPLUS INSURANCE COMPANY f/k/a NORTHBROOK                            )
INSURANCE COMPANY,                                                    )
                                                                      )
      Defendants.                     )

## NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

The undersigned states that this case is a Commercial Court Docket Case eligible for

assignment to the Commercial Court Docket pursuant to Rule 2 of the Interim Commercial Court

Rules. Pursuant to Rule 4 of the Interim Commercial Court Rules, the undersigned requests the

Clerk of Court assign this case to the Commercial Court Docket.

          /s/ Jeffrey D. Claflin
          Attorneys for Vectren Corporation and Southern
          Indiana Gas & Electric Company

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Steven A. Baldwin (Atty. No. 34498-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
(317) 637-0700

Jeffrey D. Claflin (Atty. No. 15136-49)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, IN 46635
(574) 273-1010

**49D01-1807-PL-028866**

Marion Superior Court, Civil Division 1

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | |
| COUNTY OF MARION | ) SS: | |
| | ) | |

IN THE MARION SUPERIOR
COMMERCIAL COURT
CAUSE NO. _____

| VECTREN CORPORATION and | ) |
| SOUTHERN INDIANA GAS & | ) |
| ELECTRIC COMPANY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ASSOCIATED ELECTRIC & GAS | ) |
| INSURANCE SERVICES LIMITED, and | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| as successor-in-interest to NORTHBROOK EXCESS | ) |
| AND SURPLUS INSURANCE COMPANY | ) |
| f/k/a NORTHBROOK INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

Plaintiffs Vectren Corporation and Southern Indiana Gas & Electric Company

("SIGECO") (collectively, "Vectren"), for their complaint against Associated Electric & Gas

Insurance Services Limited ("AEGIS") and Allstate Insurance Company as successor-in-interest

to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company

("Allstate") (collectively, "Defendant Insurers") state as follows:

1.    This is a complaint for declaratory relief and damages. Vectren seeks a

determination of the scope of its rights under certain insurance policies sold to it by Defendant

Insurers with respect to claims arising from Vectren's coal combustion residue ("CCR") ponds at

Vectren's A.B. Brown and F.B. Culley generating stations in southern Indiana, together with its

landfill at the F.B. Culley station.

2.   Vectren and SIGECO are Indiana corporations with their principal place of business in Indiana. SIGECO is a wholly-owned subsidiary of Vectren.

3.   AEGIS is a national or multi-national insurance company headquartered in Bermuda, with its principal place of business in Bermuda.

4.   Allstate is a national or multi-national general liability insurance company headquartered, with its principal place of business in Illinois.

5.   This Court has jurisdiction over each of the Defendant Insurers because they are, or have been, licensed to do business in Indiana and/or have done business in Indiana on a regular basis.

6.   In addition, this Court has jurisdiction over both of the Defendant Insurers because each sold insurance policies to Vectren with respect to Vectren's properties and/or risks located in Indiana.

7.   Venue is proper in Marion County under Rule 75 of the Indiana Rules of Trial Procedure because the Defendant Insurers are subject to service through the Indiana Department of Insurance and this claim arises, in part, out of actions taken by the Indiana Department of Environmental Management ("IDEM"). Both agencies are located in Marion County.

8.   Specifically, venue is proper in the Marion County Commercial Court, pursuant to Interim Rule 2(E)(12) of the Interim Commercial Court Rules for the Indiana Commercial Courts Pilot Project, concerning "[c]ommercial insurance contracts, including coverage disputes." Pursuant to Interim Commercial Court Rule 4(A), Vectren has filed a "Notice Identifying Commercial Court Docket Case" contemporaneously with the filing of this Complaint.

2

9.   Claims have been made against Vectren by IDEM and others that Vectren is liable for the remediation of the coal combustion residue ("CCR") pond at and around Vectren's A.B. Brown generating station in Posey County, Indiana, and for the CCR pond and landfill at Vectren's F.B. Culley generating station in Warrick County, Indiana. These claims are hereafter referred to as the "Underlying Claims." The A.B. Brown generating station and the operation of the CCR pond at that location have been in operation since 1978. The F.B. Culley generating station, its CCR pond and landfill have been in operation since the 1960s. Vectren has incurred, or will incur, significant sums defending against the Underlying Claims and/or for the cleanup and response costs at these sites.

10.   Defendant AEGIS sold Vectren first-level excess general liability "occurrence-based" insurance policies between 1980 and 1986. These policies obligate AEGIS to indemnify Vectren against the Underlying Claims. These AEGIS policies include, but may not be limited to, policy 198A, 198 NJ, 198 ANJ, and 198 CNJ.

11.   Defendant Allstate sold Vectren higher-level excess general liability "occurrence-based" insurance policies between 1979 and 1982, each of which obligate Allstate to indemnify Vectren with respect to the Underlying Claims. These Allstate/Northbrook policies include, but may not be limited to, policy 63005137, 63006147, 63007284 and 63008289.

12.   Copies of the aforementioned policies in Vectren's possession will be voluntarily produced to the Defendant Insurers consistent with the Indiana Commercial Courts Handbook or otherwise should this matter not be assigned to the Commercial Court.

13.   As to all the policies, the required premiums have been paid in full, and all other relevant conditions to coverage have been satisfied, excused or waived.

3

14.     An actual controversy exists as to the nature and scope of Vectren's rights and the Defendant Insurers' obligations under these policies of insurance regarding the Underlying Claims.

15.     Declaratory relief will resolve the dispute between the parties and determine their respective rights and obligations.

WHEREFORE, Vectren prays that the Court enter judgment against the Defendant Insurers and in favor of Vectren:

      a.     pursuant to Ind. Code §34-14-1 *et. seq*, declaring the rights and obligations of the parties under the policies sold by the Defendant Insurers to Vectren with respect to the claims and liabilities alleged against Vectren in the Underlying Claims;

      b.     requiring the Defendant Insurers to indemnify Vectren against the Underlying Claims;

      c.     for all other compensatory damage to which Vectren may be entitled;

      d.     for reasonable attorney's fees incurred in this action; and

      e.     for such other and further relief as this Court may deem proper.

*/s/ Jeffrey D. Claflin*
Attorneys for Plaintiffs Vectren Corporation and
Southern Indiana Gas and Electric Company

4

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Steven A. Baldwin (Atty. No. 34498-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
(317) 637-0700

Jeffrey D. Claflin (Atty. No. 15136-49)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, IN 46635
(574) 273-1010

Filed: 7/23/2018 5:07 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-1807-PL-028866 |

VECTREN CORPORATION and )
SOUTHERN INDIANA GAS & )
ELECTRIC COMPANY, )
                                 )
         Plaintiffs, )
                                   )
     v. )
                                     )
ASSOCIATED ELECTRIC & GAS )
INSURANCE SERVICES LIMITED, )
and ALLSTATE INSURANCE COMPANY, )
as successor-in-interest to NORTHBROOK EXCESS )
AND SURPLUS INSURANCE COMPANY )
f/k/a NORTHBROOK INSURANCE COMPANY, )
                                   )
         Defendants. )

## CERTIFICATE OF ISSUANCE OF SUMMONS

       I certify that I served summonses with copies of the complaint on the following Defendants via Certified Mail this 23rd day of July, 2018:

                                    Allstate Insurance Company
                                    c/o CT Corporation System
                                    150 W. Market Street, Suite 800
                                    Indianapolis, IN  46204-2814
                                    Certified Mail No. 7015 0640 0003 6358 6138

                                    Associated Electric & Gas Insurance Services Limited
                                    Managing General Agency
                                    34 Exchange Place, Harborside Plaza Two
                                    Jersey City, NJ  07302
                                    Certified Mail No. 7015 0640 0003 6358 6121

                                    Associated Electric & Gas Insurance Services Limited
                                    c/o LeBoeuf, Lamb, Leiby & MacRae
                                    140 Broadway
                                    New York, NY  10005
                                    Certified Mail No. 7015 0640 0003 6358 6114

Associated Electric & Gas Insurance Services Limited
c/o Drinker Biddle
1177 Avenue of the Americas F141
New York, NY  10036-2714
Certified Mail No. 7015 0640 0003 6358 6107

Associated Electric & Gas Insurance Services Limited
1 Meadowlands Plaza
East Rutherford, NJ  07073
Certified Mail No. 7015 0640 0003 6358 6091

Respectfully submitted,

/s/ *Jeffrey D. Claflin*
Attorneys for Plaintiffs Vectren Corporation and
Southern Indiana Gas and Electric Company

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Steven A. Baldwin (Atty. No. 34498-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
(317) 637-0700

Jeffrey D. Claflin (Atty. No. 15136-49)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, IN 46635
(574) 273-1010

**49D01-1807-PL-028866**

Marion Superior Court, Civil Division 1

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

|  |  |
|---|---|
| VECTREN CORPORATION and | ) |
| SOUTHERN INDIANA GAS & | ) |
| ELECTRIC COMPANY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ASSOCIATED ELECTRIC & GAS | ) |
| INSURANCE SERVICES LIMITED, and | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| as successor-in-interest to NORTHBROOK EXCESS | ) |
| AND SURPLUS INSURANCE COMPANY | ) |
| f/k/a NORTHBROOK INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

TO DEFENDANT:     (Name)     Associated Electric & Gas Insurance Services Limited
                              Address     1 Meadowlands Plaza
                              East Rutherford, New Jersey 07073

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated: _____7/23/2018_____          *Myla A. Eldridge*

                                                      Clerk, Marion County Courts

(The following manner of Service of Summons is hereby designated.)

|  |  |
|---|---|
| __X__ | Registered or Certified Mail |
| _____ | Service on Individual |
| _____ | Service at place of employment, to wit: |
| _____ | Private Service |

*Attorneys for Plaintiffs*

__/s/  Jeffrey D. Claflin__

Plews Shadley Racher & Braun
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
(317) 637-0700 Phone; (317) 637-0710 Fax

MARION COUNTY CO
SEAL
INDIANA

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2018.

     (1)     By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

     (2)     By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

     (3)     Other service or remarks:_____.

_____     _____
Sheriff's Cost                                         Sheriff

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2018 I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion County Superior Court

Dated:_____, 2018.     By:_____
                                            Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2018.

_____
Clerk, Marion County Superior Court

By:_____
     Deputy

**49D01-1807-PL-028866**

Marion Superior Court, Civil Division 1

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

|  |  |
|---|---|
| VECTREN CORPORATION and | ) |
| SOUTHERN INDIANA GAS & | ) |
| ELECTRIC COMPANY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ASSOCIATED ELECTRIC & GAS | ) |
| INSURANCE SERVICES LIMITED, and | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| as successor-in-interest to NORTHBROOK EXCESS | ) |
| AND SURPLUS INSURANCE COMPANY | ) |
| f/k/a NORTHBROOK INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

TO DEFENDANT:    (Name)    Associated Electric & Gas Insurance Services Limited
                 Address    c/o Drinker Biddle
                            1177 Avenue of the Americas Fl 41
                            New York, NY 10036-2714

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated:   7/23/2018 _____          *Myla A. Eldridge*
                                             Clerk, Marion County Courts

(The following manner of Service of Summons is hereby designated.)

   X      Registered or Certified Mail
_____  Service on Individual
_____  Service at place of employment, to wit:
_____  Private Service

*Attorneys for Plaintiffs*

/s/  Jeffrey D. Claflin

Plews Shadley Racher & Braun
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
(317) 637-0700 Phone; (317) 637-0710 Fax

MARION COUNTY COURTS

SEAL

INDIANA

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2018.

    (1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

    (2)    By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

    (3)    Other service or remarks:_____.

_____          _____

Sheriff's Cost                                                                                  Sheriff

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2018 I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____

Clerk, Marion County Superior Court

Dated:_____, 2018.          By:_____

                                                             Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2018.

_____

Clerk, Marion County Superior Court

By:_____

      Deputy

**49D01-1807-PL-028866**

Marion Superior Court, Civil Division 1

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

|  |  |
|---|---|
| VECTREN CORPORATION and<br>SOUTHERN INDIANA GAS &<br>ELECTRIC COMPANY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ASSOCIATED ELECTRIC & GAS<br>INSURANCE SERVICES LIMITED, and<br>ALLSTATE INSURANCE COMPANY,<br>as successor-in-interest to NORTHBROOK EXCESS<br>AND SURPLUS INSURANCE COMPANY<br>f/k/a NORTHBROOK INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

TO DEFENDANT:     (Name)     Associated Electric & Gas Insurance Services Limited
                         Address     c/o LeBoeuf, Lamb, Leiby & MacRae
                                        140 Broadway
                                        New York, NY 10005

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated: _7/23/2018_____     _Myla A. Eldridge_____

                                         Clerk, Marion County Courts

(The following manner of Service of Summons is hereby designated.)

__X__     Registered or Certified Mail
_____     Service on Individual
_____     Service at place of employment, to wit:
_____     Private Service

_/s/ Jeffrey D. Claflin_____



*Attorneys for Plaintiffs*
Plews Shadley Racher & Braun
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
(317) 637-0700 Phone; (317) 637-0710 Fax

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2018.

    (1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

    (2)    By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

    (3)    Other service or remarks:_____.

_____      _____
Sheriff's Cost                                        Sheriff

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2018 I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion County Superior Court

Dated:_____, 2018.    By:_____
                                          Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2018.

_____
Clerk, Marion County Superior Court

By:_____
      Deputy

**49D01-1807-PL-028866**

**Marion Superior Court, Civil Division 1**

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| VECTREN CORPORATION and<br>SOUTHERN INDIANA GAS &<br>ELECTRIC COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ASSOCIATED ELECTRIC & GAS<br>INSURANCE SERVICES LIMITED, and<br>ALLSTATE INSURANCE COMPANY,<br>as successor-in-interest to NORTHBROOK EXCESS<br>AND SURPLUS INSURANCE COMPANY<br>f/k/a NORTHBROOK INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | | |
|---|---|---|
| TO DEFENDANT: | (Name)<br>Address | Associated Electric & Gas Insurance Services Limited<br>Managing General Agency<br>34 Exchange Place, Harborside Plaza Two<br>Jersey City, New Jersey 07302 |

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated: ___7/23/2018_____     _____*Myla A. Eldridge*_____

                                                                          Clerk, Marion County Courts

(The following manner of Service of Summons is hereby designated.)

|   X   | Registered or Certified Mail |
|---|---|
| _____ | Service on Individual |
| _____ | Service at place of employment, to wit: |
| _____ | Private Service |

*Attorneys for Plaintiffs*

  /s/  *Jeffrey D. Claflin*_____

Plews Shadley Racher & Braun
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
(317) 637-0700 Phone; (317) 637-0710 Fax

(SEAL — MARION COUNTY COURTS — INDIANA)

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____,
2018.

    (1)    By delivering a copy of the Summons and a copy of the complaint to the
           defendant, _____.

    (2)    By leaving a copy of the Summons and a copy of the complaint at
           _____, which is the dwelling place or usual place of abode of
           _____ and by mailing a copy of said summons to
           said defendant at the above address.

    (3)    Other service or remarks:_____.

_____
Sheriff's Cost

_____
                                Sheriff

## CLERK'S CERTIFICATE OF MAILING

      I hereby certify that on the _____ day of _____, 2018 I mailed a copy of
this Summons and a copy of the complaint to the defendant, _____, by
certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion County Superior Court

Dated:_____, 2018.    By:_____
                                        Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

      I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint mailed to defendant _____ was
accepted by the defendant on the _____ day of _____, 2018.

      I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint was returned not accepted on the _____ day of
_____, 2018.

      I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint mailed to defendant _____ was
accepted by _____ on behalf of said defendant on the _____ day of
_____, 2018.

_____
Clerk, Marion County Superior Court

By:_____
       Deputy

**49D01-1807-PL-028866**

Marion Superior Court, Civil Division 1

Filed: 7/20/2018 4:18 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| | ) SS: | COMMERCIAL COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

VECTREN CORPORATION and )
SOUTHERN INDIANA GAS & )
ELECTRIC COMPANY, )
                                                    )
            Plaintiffs, )
                                                    )
    v. )
                                                    )
ASSOCIATED ELECTRIC & GAS )
INSURANCE SERVICES LIMITED, and )
ALLSTATE INSURANCE COMPANY, )
as successor-in-interest to NORTHBROOK EXCESS )
AND SURPLUS INSURANCE COMPANY )
f/k/a NORTHBROOK INSURANCE COMPANY, )
                                                    )
            Defendants. )

| TO DEFENDANT: | (Name) | Allstate Insurance Company |
|---|---|---|
| | Address | CT Corporation System |
| | | 150 W. Market Street, Suite 800 |
| | | Indianapolis, IN 46204-2814 |

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated: ___7/23/2018_____                    *Myla A. Eldridge*
                                                                    Clerk, Marion County Courts

(The following manner of Service of Summons is hereby designated.)

 X      Registered or Certified Mail
_____ Service on Individual
_____ Service at place of employment, to wit:
_____ Private Service

*Attorneys for Plaintiffs*

 /s/ *Jeffrey D. Claflin*_____

Plews Shadley Racher & Braun
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
(317) 637-0700 Phone; (317) 637-0710 Fax

MARION COUNTY COURTS
SEAL
INDIANA

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____,
2018.

    (1)    By delivering a copy of the Summons and a copy of the complaint to the
           defendant, _____.

    (2)    By leaving a copy of the Summons and a copy of the complaint at
           _____, which is the dwelling place or usual place of abode of
           _____ and by mailing a copy of said summons to
           said defendant at the above address.

    (3)    Other service or remarks:_____.

_____        _____
Sheriff's Cost                                   Sheriff

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2018 I mailed a copy of
this Summons and a copy of the complaint to the defendant, _____, by
certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion County Superior Court

Dated:_____, 2018.    By:_____
                                       Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint mailed to defendant _____ was
accepted by the defendant on the _____ day of _____, 2018.

I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint was returned not accepted on the _____ day of
_____, 2018.

I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint mailed to defendant _____ was
accepted by _____ on behalf of said defendant on the _____ day of
_____, 2018.

_____
Clerk, Marion County Superior Court

By:_____
     Deputy

Filed: 8/7/2018 5:01 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA     )
                ) SS:
COUNTY OF MARION     )

IN THE MARION COUNTY SUPERIOR COURT

CAUSE NO. 49D01-1807-PL-028866

| | |
|---|---|
| VECTREN CORPORATION and | ) |
| SOUTHERN INDIANA GAS & | ) |
| ELECTRIC COMPANY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ASSOCIATED ELECTRIC & GAS | ) |
| INSURANCE SERVICES LIMITED and | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| as successor-in-interest to NORTHBROOK | ) |
| EXCESS AND SURPLUS INSURANCE | ) |
| COMPANY f/k/a NORTHBROOK | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____        Responding **X**     Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   | | |
   |---|---|
   | **Name:** | **Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Company, formerly known as Northbrook Insurance Company** |

2. Attorney information for service as required by Trial Rule 5(B)(2)

   | | |
   |---|---|
   | **Name:** | **Dennis F. Cantrell** |
   | **Attorney #** | **10794-49** |
   | **E-Mail:** | **dcantrell@csmlawfirm.com** |

   | | |
   |---|---|
   | **Address:** | **Cantrell, Strenski & Mehringer, LLP** |
   | | **150 West Market Street**    **Phone: (317) 352-3500** |
   | | **Suite 800**           **Fax: (317) 352-3501** |
   | | **Indianapolis, IN 46204** |

**IMPORTANT**: Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)  **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

(c)  understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a **civil tort** case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __**X**__  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __**X**__  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____  Attorney's address

_____  The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____  Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No **X**

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

   b. State of Residence of person subject to petition: _____

   c. At least one of the following pieces of identifying information:

      (i)  Date of Birth _____

      (ii) Driver's License Number _____

           State where issued _____ Expiration date _____

      (iii) State ID number _____

State where issued _____ Expiration date _____

    (iv)  FBI number _____

    (v)  Indiana Department of Corrections Number _____

  (vi)  Social Security Number is available and is being provided in an attached confidential
document Yes _____ No _____

7.  There are related cases: Yes _____ No __**X**__  *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

    _____

9.  There are other party members: Yes _____ No __**X**__  *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

Yes __**X**__  No____


Respectfully submitted,


    */s/ Dennis F. Cantrell*_____
Dennis F. Cantrell, # 10794-49

*Attorney for Defendant, Allstate Insurance Company,
solely as successor in interest to Northbrook Excess
and Surplus Company, formerly known as Northbrook
Insurance Company*

CANTRELL STRENSKI & MEHRINGER LLP
150 West Market Street, Suite 800
Indianapolis, IN 46204
Phone:   (317) 352-3500
Fax:      (317) 352-3501
Email:   dcantrell@csmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and/or first class U.S. Mail, postage prepaid:

George M. Plews
Gregory M. Gotwald
Steven A. Baldwin
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, IN  46202-2415

Jeffrey D. Claflin
PLEWS SHADLEY RACHER & BRAUN
53732 Generations Drive
South Bend, IN 46635

/s/ Dennis F. Cantrell
Dennis F. Cantrell

4

This is not the official court record. Official records of court proceedings may only
be obtained directly from the court maintaining a particular record.

## Vectren Corporation, Southern Indiana Gas & Electric Company v. Associated Electric & Gas Insurance Services Limited, Allstate Insurance Company

| | |
|---|---|
| Case Number | 49D01-1807-PL-028866 |
| Court | Marion Superior Court, Civil Division 1<br>Commercial Court (Provisional) |
| Type | PL - Civil Plenary |
| Filed | 07/20/2018 |
| Status | 07/20/2018 , Pending  (active) |

## Parties to the Case

**Defendant**  Associated Electric & Gas Insurance Services Limited

**Defendant**  Allstate Insurance Company

    Attorney        Dennis Forest Cantrell
                          *#1079449, Retained*

                          150 West Market Street
                          Suite 800
                          Indianapolis, IN 46204-2982
                          317-352-3500(W)

**Plaintiff**     Vectren Corporation

    Attorney        George M. Plews
                          *#627449, Lead, Retained*

                          1346 N. Delaware Street
                          Indianapolis, IN 46202-0000
                          317-637-0700(W)

    Attorney        Steven Alexander Baldwin
                          *#3449849, Retained*

                          1346 N Delaware ST
                          Indianapolis, IN 46202

    Attorney        Jeffrey Dean Claflin
                          *#1513649, Retained*

                          53732 Generations DR
                          South Bend, IN 46635
                          574-273-1010(W)

    Attorney        Gregory Michael Gotwald
                          *#2491149, Retained*

                          1346 North Delaware St.
                          Indianapolis, IN 46202
                          317-637-0700(W)

**Plaintiff**     Southern Indiana Gas & Electric Company

| | | |
|---|---|---|
| Attorney | George M. Plews<br>*#627449, Lead, Retained* | |
| | 1346 N. Delaware Street<br>Indianapolis, IN 46202-0000<br>317-637-0700(W) | |
| Attorney | Steven Alexander Baldwin<br>*#3449849, Retained* | |
| | 1346 N Delaware ST<br>Indianapolis, IN 46202 | |
| Attorney | Jeffrey Dean Claflin<br>*#1513649, Retained* | |
| | 53732 Generations DR<br>South Bend, IN 46635<br>574-273-1010(W) | |
| Attorney | Gregory Michael Gotwald<br>*#2491149, Retained* | |
| | 1346 North Delaware St.<br>Indianapolis, IN 46202<br>317-637-0700(W) | |

## Chronological Case Summary

**07/20/2018  Case Opened as a New Filing**

**07/23/2018  Appearance Filed**

Appearance by Attorneys in Civil Case

| | |
|---|---|
| For Party: | Vectren Corporation |
| For Party: | Southern Indiana Gas & Electric Company |
| File Stamp: | 07/20/2018 |

**07/23/2018  Complaint/Equivalent Pleading Filed**

Complaint for Damages and Declaratory Relief

| | |
|---|---|
| Filed By: | Vectren Corporation |
| Filed By: | Southern Indiana Gas & Electric Company |
| File Stamp: | 07/20/2018 |

**07/23/2018  Commercial Court Identifying Notice**

Notice Identifying Commercial Court Docket Case

| | |
|---|---|
| Filed By: | Vectren Corporation |
| Filed By: | Southern Indiana Gas & Electric Company |
| File Stamp: | 07/20/2018 |

**07/23/2018  Subpoena/Summons Filed**

Summons to AEGIS (Meadowlands)

| | |
|---|---|
| Filed By: | Vectren Corporation |
| Filed By: | Southern Indiana Gas & Electric Company |
| File Stamp: | 07/20/2018 |

| 07/23/2018 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to AEGIS (c/o Drinker Biddle) |

| | Filed By: | Vectren Corporation |
|---|---|---|
| | Filed By: | Southern Indiana Gas & Electric Company |
| | File Stamp: | 07/20/2018 |

| 07/23/2018 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to AEGIS (c/o LeBoeuf Lamb) |

| | Filed By: | Vectren Corporation |
|---|---|---|
| | Filed By: | Southern Indiana Gas & Electric Company |
| | File Stamp: | 07/20/2018 |

| 07/23/2018 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to AEGIS (Managing General Agency) |

| | Filed By: | Vectren Corporation |
|---|---|---|
| | Filed By: | Southern Indiana Gas & Electric Company |
| | File Stamp: | 07/20/2018 |

| 07/23/2018 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to Allstate |

| | Filed By: | Vectren Corporation |
|---|---|---|
| | Filed By: | Southern Indiana Gas & Electric Company |
| | File Stamp: | 07/20/2018 |

| 07/24/2018 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons to Defendants |

| | Filed By: | Vectren Corporation |
|---|---|---|
| | Filed By: | Southern Indiana Gas & Electric Company |
| | File Stamp: | 07/23/2018 |

| 08/08/2018 | **Appearance Filed** |
|---|---|
| | E-Filing Appearance by Attorney in Civil Case |

| | For Party: | Allstate Insurance Company |
|---|---|---|
| | File Stamp: | 08/07/2018 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Vectren Corporation**

Plaintiff

### Balance Due (as of 08/16/2018)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/23/2018 | Transaction Assessment | 157.00 |
| 07/23/2018 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.